FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | No. 14-50342 |
| Plaintiff - Appellee, | D.C. No. 3:14-cr-00958-GPC-1 |
| v. | |
| **FRANCISCO JAVIER GASCA-RUIZ**, | **ORDER** |
| Defendant - Appellant. | |
| **UNITED STATES OF AMERICA**, | No. 14-50343 |
| Plaintiff - Appellee, | D.C. No. 3:12-cr-01124-GPC-1 |
| v. | |
| **FRANCISCO JAVIER GASCA-RUIZ**, | |
| Defendant - Appellant. | |

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that

these cases be reheard en banc pursuant to Federal Rule of Appellate Procedure

35(a) and Circuit Rule 35-3.

Judge Owens did not participate in the deliberations or vote in these cases.